FILED
CLERK, U.S. DISTRICT COURT
09/19/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Kevin Lih (SBN 350091)
59 West Holly Street, 3035
Pasadena, CA 91103
Tel: 424-448-6720
Email: kevinkdlih@berkeley.edu

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LIH, an individual,<br>Plaintiff,<br>v.<br>AMERICAN EXPRESS NATIONAL BANK; and DOES 1 through 20, inclusive,<br>Defendants. | Case No. 2:26-cv-09903-SRM-DSR<br>Removed from Superior Court of California, County of Los Angeles, Case No. 26NNCV05790<br>**PLAINTIFF KEVIN LIH'S DISCLOSURE STATEMENT**<br>**FRCP 7.1(a)(2)** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff Kevin Lih states that he is an individual who is a citizen of the State of California.

Dated: September 19, 2026

Respectfully submitted,

Kevin Lih

Kevin Lih
Plaintiff in Pro Per